# United States Court of Appeals
# for the Fifth Circuit

No. 20-10952
CONSOLIDATED WITH
No. 20-10953
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 28, 2022

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

AARON TREMMELL HARDRICK,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CR-352-1
USDC No. 4:19-CR-377-1

Before SMITH, STEWART, and GRAVES, *Circuit Judges*.

PER CURIAM:*

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-10952
c/w No. 20-10953

The attorney appointed to represent Aaron Tremmell Hardrick has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hardrick filed a response. After counsel filed a supplemental *Anders* brief, Hardrick submitted additional filings, which we construe as implicitly moving for leave to file an out-of-time response. The motion for leave is GRANTED.

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Hardrick's several filings. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.